United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSMAR ENRIQUE PINTO ARCAYA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-5002 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR STATUS REPORT**

Petitioner Osmar Enrique Pinto Arcaya filed this petition to challenge his detention in the custody of officials with Immigration and Customs Enforcement (ICE).

The parties are instructed to file a status report **within five days** of the date of this order and to address whether the petitioner remains detained, whether removal proceedings have concluded, and any other relevant facts. If appropriate, the parties are instructed to file a proposed order of dismissal.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on October 27, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE