United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSMAR ENRIQUE PINTO ARCAYA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-5002 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Osmar Enrique Pinto Arcaya filed this petition to challenge his detention in the custody of officials with Immigration and Customs Enforcement (ICE). Pursuant to the parties' joint stipulation of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED without prejudice.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on November 2, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE